**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Dorian Hernandez, Jeremy Sciancalepore, and Sean Mills, Defendants,

Of Whom Jeremy Sciancalepore is the Appellant.

Appellate Case No. 2023-000057

———————

Appeal From Horry County
Jan B. Bromell Holmes, Family Court Judge

———————

Unpublished Opinion No. 2023-UP-309
Submitted September 13, 2023 – Filed September 15, 2023

———————

**AFFIRMED**

———————

John Brandt Rucker and Allyson Sue Rucker, both of The Rucker Law Firm, LLC, of Greenville, for Appellant.

William Evan Reynolds, of Kingstree, for Respondent.

Michael Julius Schwartz, of Russell B. Long, PA; and Heather Marie Moore, of Axelrod & Associates, PA,

both of Myrtle Beach, for the Guardian ad Litem.

_____

**PER CURIAM:**  Jeremy Sciancalepore appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Sciancalepore's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and HEWITT and VERDIN, JJ., concur.**

_____

[1] We decide this case without argument pursuant to Rule 215, SCACR.